**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN

Doc # 13   Filed: 11/04/08   Page 1 of 3 - Page ID#: 132

| PLAINTIFF JAMES HOLMAN BROWNING, JR. | COURT CASE NUMBER 7:08-cv-88-KKC |
|---|---|
| DEFENDANT L.T. PENNERTON, ET AL | TYPE OF PROCESS Summons, Cmplt, Declaration, MOO |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

L. T. Pennerton, (Individual Capacity) USP-Big Sandy

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

P. O. Box 2067, Inez, Kentucky 41224

U.S. ATTORNEY'S OFFICE
260 WEST VINE ST. STE 300
LEXINGTON, KY 40507

Eastern District of Kentucky
FILED

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

James Holman Browning, Jr. #20868-057
TUCSON-USP
P.O. Box 24550
Tucson, AZ 85734

| | |
|---|---|
| Number of process to be served with this Form 285 | NOV 0 4 2008 |
| Number of parties to be served in this case | AT LEXINGTON LESLIE G WHITMER CLERK U S DISTRICT COURT |
| Check for service on U.S.A. | x |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold                                                                                                  Fold

USM shall send a service packet for each identified dft by certified or registered mail to Office of Attorney General of the U.S. in Washington, D.C. & personally serving a service packet upon each identified dft at USP-Big Sandy, Inez, Kentucky thru arrangement with Federal Bureau of Prisons. Within 40 days of date of order, USM office shall send service report to Pikeville Clerk's Office which states whether service has been accomplished. Service report shall include (see copy of attached order).

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 606-437-6160 | DATE 10/8/08 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 32 | District to Serve No. 32 | Signature of Authorized USMS Deputy or Clerk | Date 10/15/8 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address (*complete only different than shown above*) | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

Cert. 10/16/8

**PRINT 5 COPIES:** 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern       District of     Kentucky - Southern Division - Pikeville

James Holman Browning, Jr.

V.

L. T. Pennerton, Et Al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   7:08-cv-88-KKC

TO: (Name and address of Defendant)

Myron L. Batts, in individual capacity
U.S.P. - Big Sandy
P.O. Box 2067
Inez, KY 41224

U.S. ATTORNEY'S OFFICE
260 WEST VINE ST, STE 300
LEXINGTON, KY  40507

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James Holman Browning, Jr.
#20868-057

TUCSON-USP
Inmate Mail/Parcels
P.O. Box 24550
Tucson, AZ 85734

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LESLIE G. WHITMER

CLERK

TARA D. ADKINS

(By) DEPUTY CLERK

October 8, 2008

DATE

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**U.S. MARSHALS SERVICE**
**P.O. BOX 30**
**LEXINGTON, KY 40588**

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Bandr Merriman*  □ Agent  ☑ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery *10/1/08* |
| 1. Article Addressed to:<br>**U.S. ATTORNEY'S OFFICE**<br>**260 WEST VINE ST, STE 300**<br>**LEXINGTON, KY 40507** | D. Is delivery address different from item 1?  □ Yes<br>If YES, enter delivery address below:  □ No |
| | 3. Service Type<br>□ Certified Mail  □ Express Mail<br>□ Registered  □ Return Receipt for Merchandise<br>□ Insured Mail  □ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  □ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7007 2680 0002 9367 0221 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |